BCO-095                                                                                          July 28, 2022

<u>UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT</u>

C.A. No. <u>22-1537</u>

RENEE PISTONE, on behalf of herself
and all others similarly situated,
                        Appellant

    v.

HALSTED FINANCIAL SERVICES, LLC

    (D.N.J. No. 3-21-cv-04167)

Present:   McKEE, SHWARTZ, and BIBAS, <u>Circuit Judges</u>

    Submitted is Appellant's motion to vacate the District Court opinion and judgment for lack of Article III Standing in the above-captioned case.

                                                               Respectfully,

                                                               Clerk

_____ORDER_____
    The foregoing motion is granted.

                                                               By the Court,

                                                               <u>s/Stephanos Bibas</u>
                                                               Circuit Judge

Dated: August 12, 2022
Lmr/cc: All Counsel of Record