**LAWRENCE C. HERSH**
Attorney at Law
17 Sylvan Street, Suite 102B
Rutherford, NJ  07070
(201) 507-6300
*Attorney for Plaintiff and all others similarly situated*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| RENEE PISTONE, on behalf of herself and all others similarly situated, | |
| Plaintiff, | Civil Action No.: 3:21-cv-04167-MAS-LHG |
| vs. | **ORDER IMPLEMENTING MANDATE** |
| HALSTED FINANCIAL SERVICES, LLC, | |
| Defendant. | |

**WHEREAS**, on February 22, 2022, this Court granted Defendant's 12(b)(6) Motion to Dismiss the Complaint without prejudice (Dkt. No. 13);

**WHEREAS**, on April 14, 2022, this Court dismissed the Complaint with prejudice (Dkt. No. 19);

**WHEREAS**, Plaintiff appealed the dismissal of the Complaint to the Third Circuit Court of Appeals;

**WHEREAS**, as part of the appeal, Plaintiff filed a Motion to Vacate the Opinion and Order of Dismissal based upon the District Court's Lack of Subject Matter Jurisdiction in light of the recent United States Supreme Court decision in TransUnion

LLC v. Ramirez, 141 S. Ct. 2190 (2021);

**WHEREAS**, on August 12, 2022, the United States Court of Appeals for the Third Circuit granted Plaintiff's Motion to Vacate the District Court's February 22, 2022 Opinion and Judgment for lack of Article III Standing;

**WHEREAS**, on September 6, 2022, the Mandate of the U. S. Court of Appeals for the Third Circuit was filed in the District Court (Dkt. No. 22); and,

**WHEREAS**, on September 6, 2022, pursuant to the Mandate of the U.S Court of Appeals, the February 22, 2022 Order and Judgment of the United States District Court were vacated.

The Court, accordingly, implements the Mandate as follows:

**IT IS** on this 14 day of September 2022, hereby **ORDERED** that:

1. The clerk shall reopen this matter; and

2. Plaintiff's Complaint is dismissed without prejudice for lack of Article III Standing.

_____
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**